# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| RHONDA OFFILL,<br>*Plaintiff*<br><br>THE CENTRAL RAILROAD COMPANY OF INDIANA, et al.,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:24-cv-540<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court GRANTS Offill's Motion to Remand (Doc. 10) and REMANDS this action to the Court of Common Pleas for Hamilton County, Ohio. Because the parties submitted supplemental briefing on Central Railroad's citizenship, the Court further DENIES Central Railroad's Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion to Remand (Doc. 28) AS MOOT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole .

Date: 6/30/25

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk